CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

FILED

Jun 09 2026

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 4:26-cr-00282 AMO |
| Plaintiff, | VIOLATIONS: |
| v. | 18 U.S.C. § 1344(2) – Bank Fraud; 26 U.S.C. § 7206(2) – Aiding or Advising a False Tax Return; 18 U.S.C. § 981(a)(1)(C), (b)(1) and 28 U.S.C. § 2461(c) – Forfeiture Allegation |
| ANTHONY WEST, | |
| Defendant. | |
| | OAKLAND VENUE |

INFORMATION

The United States Attorney charges:

COUNT ONE:        (18 U.S.C. § 1344(2) – Bank Fraud)

On or about May 3, 2020, in the Northern District of California, the defendant,

ANTHONY WEST,

having knowingly and with the intent to defraud devised and executed, and attempted to execute, a scheme and artifice to obtain moneys, funds, credits, assets, and other property that were then under the custody and control of a federally-insured financial institution, by means of materially false and fraudulent pretenses, representations, and promises, and by concealment of material facts, did knowingly engage in a transaction executing the scheme, namely, the May 3, 2020 submission of a Paycheck

INFORMATION

Protection Program loan application to a federally-insured financial institution, seeking $231,607 in loan proceeds.   All in violation of Title 18, United States Code, Section 1344(2).

COUNT TWO:          (26 U.S.C. § 7206(2) – Aiding and Advising a False Tax Return)

On or about May 4, 2021, in the Northern District of California and elsewhere, the defendant,

ANTHONY WEST

did willfully aid and assist in, procure, counsel, and advise the preparation and presentation to the Internal Revenue Service, of a U.S. Federal Income Tax Return, Form 1120-S, for calendar year 2019, which return was false and fraudulent as to a material matter, in that it contained false income and payroll figures, whereas the defendant ANTHONY WEST then and there knew that the income and payroll figures included on the return were false, in violation of Title 26, United States Code, Section 7206(2).

FORFEITURE ALLEGATION:       (18 U.S.C. § 981(a)(1)(C) and (b)(1) & 28 U.S.C. § 2461(c) – Criminal Forfeiture)

All of the allegations contained in this Information are re-alleged and incorporated by  reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) and (b)(1) and Title 28, United States Code, Section 2461(c).

Upon conviction for the offense alleged in Count One of this Information, the defendant,

ANTHONY WEST,

shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and (b)(1) and 28 U.S.C. § 2461(c), all property, real or personal, constituting, and derived from, proceeds the defendant obtained directly and indirectly, as the result of that violation, including but not limited to the following:

If any of the aforementioned property, as a result of any act or omission of the defendant:

a.        cannot be located upon the exercise of due diligence;

b.        has been transferred or sold to, or deposited with, a third person;

c.        has been placed beyond the jurisdiction of the Court;

d.        has been substantially diminished in value; or

e.        has been commingled with other property that cannot be divided without difficulty,

INFORMATION                                     2

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 28, United States Code, Section 2461(c), and Federal Rule of Criminal Procedure 32.2.

DATED: June 9, 2026

CRAIG H. MISSAKIAN
United States Attorney


__/s/_____
ABRAHAM FINE
Assistant United States Attorney

INFORMATION                                3